UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

REBECCA CHURCHILL and
BRANDI MARTYKA,

        Plaintiffs,

v.                                Case No. 6:21-cv-339-JA-EJK

AFC WORLDWIDE EXPRESS,
INC. and PARAMOUNT
TRANSPORTATION LOGISTICS
SERVICES, LLC,

        Defendants.
_____

## ORDER

This case is before the Court on the parties' Joint Motion for Approval of Settlement Agreement (Doc. 66). The assigned United States Magistrate Judge has submitted a Report (Doc. 71) recommending that the motion be granted in part. The parties have filed a Joint Notice of Non-Objection to the Report. (Doc. 72).

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. 71) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement (Doc. 66) is **GRANTED in part.**

3. The No-Rehire Provision of the Settlement Agreement is **SEVERED.** (Doc. 66-1 ¶ 6).

4. The Retention of Jurisdiction Provision is **SEVERED.** (Doc. 66-1 ¶ 11).

5. The Court finds that the parties' Settlement Agreement as revised herein, is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

6. This case is dismissed with prejudice.

7. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on July 5, 2022.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record